LOTT & FRIEDLAND, P.A.
DAVID K. FRIEDLAND (*pro hac vice* pending*)*
JANET C. MOREIRA (*pro hac vice* pending*)*
355 Alhambra Circle
Suite 1100
Post Office Drawer 141098
Coral Gables, Florida 33114-1098
Tel:  (305) 448-7089
Fax:  (305) 446-6191

HARVEY SISKIND LLP
D. PETER HARVEY (State Bar No. 55712)
RAFFI V. ZEROUNIAN (State Bar No. 236388)
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Tel: (415) 354-0100
Fax: (415) 391-7124

Attorneys for Plaintiff,
BROWN JORDAN COMPANY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BROWN JORDAN COMPANY, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN LECON and BEVERLY LECON, individuals d/b/a ENGLISH GARDEN FURNITURE & LIGHTING COMPANY,<br><br>    Defendants. | Case No.  C 06-05809 PJH<br><br>**NOTICE OF DISMISSAL** AND ORDER **(FRCP 41(a)(1))** |

TO DEFENDANTS AND ITS ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that plaintiff Brown Jordan Company hereby dismisses the above-captioned action, without prejudice.

///

| | | |
|---|---|---|
| 1 | Dated: October 20, 2006 | HARVEY SISKIND LLP |
| 2 | | |
| 3 | | By: /s/ Raffi V. Zerounian |
|   | | Raffi V. Zerounian |
| 4 | | |
|   | | Attorneys for Plaintiff, |
| 5 | | BROWN JORDAN COMPANY |

10/20/06

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF DISMISSAL (FRCP 41 (a)(1))
Case No. C 06-05809 PJH